UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CHRISTOPHER MIKE DARAZS,       :
        Plaintiff,             :
                               :
     v.                        :    CASE NO. 3:11-cv-2019(AVC)
                               :
JON BRIGHTHAUPT, et al.,       :
        Defendants.            :
```

RULING ON PLAINTIFF'S MOTION TO AMEND

The plaintiff seeks leave to file an amended complaint. He states that he wants to add claims and supplement the factual allegations of the current claims.

Although the plaintiff refers to an amended complaint, he has not submitted a proper amended complaint with his motion. An amended complaint completely replaces the prior complaint. Therefore, the amended complaint must include all factual allegations and all claims. See International Controls Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1977) (holding that the amended complaint completely replaces original complaint), cert. denied, 434 U.S. 1014 (1978). The few paragraphs submitted by the plaintiff are insufficient to enable the court to consider his request to amend.

The plaintiff's motion for leave to amend [**Doc. #20**] is **DENIED** without prejudice. The plaintiff may re-file his motion

accompanied by a proper amended complaint which includes all claims he intends to pursue in this action with specific factual allegations describing how each defendant participated in the events underlying his claims.  All defendants must be listed in the caption.  The Clerk is directed to send the plaintiff an amended complaint form with this order.

    **SO ORDERED at Hartford, Connecticut this  5th  day of February 2013.**

                                             **/s/ Thomas P. Smith**
                                             **THOMAS P. SMITH**
                                             **UNITED STATES MAGISTRATE JUDGE**